IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA CROUCH,<br>    *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-cv-00634 |
| NATIONWIDE GENERAL<br>INSURANCE COMPANY,<br>    *Defendant.* | § § § § | |

## NOTICE OF SETTLEMENT

Defendant Nationwide General Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

    Respectfully submitted,

    */s/ Patrick M. Kemp*
    Patrick M. Kemp
    Texas Bar No. 24043751
    Southern District Bar No. 38513
    pkemp@smsm.com
    Segal McCambridge Singer and Mahoney
    100 Congress Avenue, Suite 800
    Austin, Texas 78701
    (512) 476-7834
    (512) 476-7832 – Facsimile

    **ATTORNEY-IN-CHARGE FOR DEFENDANT**
    **NATIONWIDE GENERAL INSURANCE**
    **COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District Bar No. 1117137
rwall@smsm.com
Segal McCambridge Singer and Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served via CM/ECF on this the 16th day of August, 2017 to:

Chad T. Wilson
Stephen Mengis
Chad T. Wilson Law Firm, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598

　　　　　　　　　　　　　　　　　　　　　*/s/ Patrick M. Kemp*
　　　　　　　　　　　　　　　　　　　　　Patrick M. Kemp